# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

v.

DHIDOW T. STEPHENS, ET AL,
Defendant (Respondent)

CASE and/or DOCKET No.: 16-05693

Sheriff's Sale Date: _____

## AFFIDAVIT OF SERVICE

TYPE OF PROCESS: SUMMONS AND COMPLAINT

I, SHANNON BECKIER, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served DHIDOW T. STEPHENS the above process on the 14 day of January, 2017, at 7:00 o'clock, PM, at 4051 Ford Rd Apt 430 Philadelphia, PA 19131 2819, County of Philadelphia, Commonwealth of Pennsylvania:

Manner of Service:

☑ By handing a copy to the Defendant(s)

Description: Approximate Age 56-60   Height 5'10   Weight 180   Race BLACK   Sex MALE   Hair GRAY
Military Status: ☑ No   ☐ Yes   Branch: _____

Commonwealth/State of __Pa__          )
                                       ) SS:
County of __Berks__                    )

Before me, the undersigned notary public, this day, personally, appeared __Shannon Beckier__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-158108
Case ID #: 4788947

Subscribed and sworn to before me
this __18__ day of __Jan__, 20 __17__

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017